RECEIVED
IN LAKE CHARLES, LA
MAY 12 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLAUDIEN BIEN-AIME** | : | **DOCKET NO. 2:09-cv-145**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Claudien Bien-Aime filed a *habeas corpus* petition in the above-captioned matter on January 22, 2009. Doc. 1. On May 11, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Bien-Aime was removed from ICE's custody to Haiti on April 29, 2009. Doc. 8.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Bien-Aime shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this ___ day of _____, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE